UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JILL ADAMS, *on behalf of herself and all others similarly situated,* | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 4:22-CV-1210 RLW ) |
| PSP GROUP, LLC, *d/b/a Pet Supplies Plus,* | ) ) ) |
| Defendant. | ) ) |

### ORDER OF DISMISSAL

In accordance with the Memorandum and Order of today's date, and incorporated herein,

**IT IS HEREBY ORDERED** that all claims against Defendant PSP Group, LLC, d/b/a Pet Supplies Plus, are **DISMISSED without prejudice** for lack of subject matter jurisdiction.

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this   13th   day of September, 2023.